IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HONG CASSLEY, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 12 CV 4833 |
| | ) |
| GARMIN INTERNATIONAL, INC., et al, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41, voluntarily dismiss this action without prejudice.

/s/ Floyd A. Wisner

Floyd A. Wisner
Nicholas Hantel
Wisner Law Firm
3N 780 Trotter Lane
St Charles, IL 60175
630-513-9434
630-513-6287 (fax)
11151

James Healy-Pratt
Stewarts Law, LLP
5 New Street Square
London EC4A 3BF
United Kingdom
(pro hac vice application pending)