## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Hong Cassley, et al.

                              Plaintiff,

v.                                                         Case No.: 1:12–cv–04833
                                                        Honorable Elaine E. Bucklo

Garmin International, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 27, 2012:

      MINUTE entry before Honorable Elaine E. Bucklo: Plaintiff's motion to voluntarily dismiss this case, pursuant to Federal Rule of Civil Procedure 41, without prejudice [4] is granted. Scheduling conference set for 8/7/12 is stricken. Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.